UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SOUTHERN ILLINOIS RIVERBOAT/ CASINO CRUISES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 03-cv-4215-JPG |
| HNEDAK BOBO GROUP, INC. and THOMPSON ENGINEERING TESTING, INC., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This matter having come before the Court on Defendant Thompson Engineering Testing, Inc.'s motion to dismiss and the stipulation of dismissal of all remaining parties, the issues having been heard and a decision having been rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts III and IV of Plaintiff's complaint are **dismissed without prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims by the Plaintiff against Defendant Hnedak Bobo Group, Inc. are **dismissed with prejudice**.

NORBERT JAWORSKI

Dated: October 24, 2007                    By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**